JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AROGANT HOLLYWOOD,<br><br>    Plaintiff<br><br>    v.<br><br>CITY OF SOUTH PASADENA, et al.,<br><br>    Defendants. | Case No. 2:18-cv-05607-JGB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Cases With Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: December 19, 2019

                                              JESUS G. BERNAL
                                              UNITED STATES DISTRICT JUDGE